1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MARIA BERTRAND

*E-FILED - 4/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00118-RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING; [] ORDER** |
| MARIA BERTRAND, | ) | |
| Defendant. | ) | |

Defendant, Maria Bertrand by and through her attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Jeffrey Schenk, hereby stipulate and agree to request that the Court continue the status conference currently set for Monday, April 13, 2009, in the above captioned matter to Monday, April 20, 2009 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Ms. Bertrand.

The parties further agree and stipulate that time should be excluded from and including April 13, 2009 through and including April 20, 2009, for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and

///

///

STIPULATION TO CONTINUE HEARING;
] ORDER
CR 09-00118-RMW

1

the defendant agrees that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 4/10/09                    /s/
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 4/10/09                    /s/
JEFFREY SCHENK
Assistant United States Attorney

## ORDER

The parties have requested a continuance of the status conference set for Monday, April 13, 2009 due to the unavailability of defense counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, April 13, 2009 at 9:00 a.m., be continued to Monday, April 20, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between April 13, 2009 through April 20, 2009, shall be excluded for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  4/20/09                    _Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge