1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CSBN 234355)
   Assistant United States Attorney            *E-FILED - 8/19/10*
5
     150 South Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-2695
7    Facsimile: (408) 535-5081
     jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 09-00118-RMW
                                    )
14       Plaintiff,                 )
                                    )   NOTICE OF DISMISSAL
15    v.                            )   AND ORDER
                                    )
16 MARIA BERTRAND,                  )
                                    )
17       Defendant.                 )
                                    )
18 _____  )

19    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above indictment

21 without prejudice as to defendant Maria Bertrand.

22

23 DATED: August 9, 2010                    Respectfully submitted,

24                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
25

26
                                            ___/s/_____
27                                          JEFFREY B. SCHENK
                                            Assistant United States Attorney
28

   NOTICE OF DISMISSAL - CR 09-00118-RMW

1  Leave of Court is granted to the government to dismiss that indictment without prejudice as to
2  defendant Maria Bertrand.
3
4
5  Date:  8/18/10                            /s/ Ronald M. Whyte
6                                            RONALD M. WHYTE
                                              United States District Judge

NOTICE OF DISMISSAL - CR 09-00710-MAG2